[Cite as *Black v. N. Cent. Correctional Inst.*, 2011-Ohio-3147.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

ELLIOT BLACK

      Plaintiff

      v.

NORTH CENTRAL CORRECTIONAL INSTITUTION

      Defendant

      Case No. 2009-07539

Judge Alan C. Travis
Magistrate Anderson M. Renick

<u>JUDGMENT ENTRY</u>

{¶ 1} On May 11, 2011, the magistrate issued a decision recommending judgment for defendant.

{¶ 2} Civ.R. 53(D)(3)(b)(i) states, in part: "A party may file written objections to a magistrate's decision within fourteen days of the filing of the decision, whether or not the court has adopted the decision during that fourteen-day period as permitted by Civ.R. 53(D)(4)(e)(i)." No objections were filed.

{¶ 3} The court determines that there is no error of law or other defect evident on the face of the magistrate's decision. Therefore, the court adopts the magistrate's decision and recommendation as its own, including findings of fact and conclusions of law contained therein. Judgment is rendered in favor of defendant. Court costs are assessed against plaintiff. The clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.

Case No. 2009-07539           - 2 -           JUDGMENT ENTRY

_____
ALAN C. TRAVIS
Judge

cc:

Stephanie D. Pestello-Sharf       Elliot Black, #608-107
Assistant Attorney General        North Central Correctional Institution
150 East Gay Street, 18th Floor    P.O. Box 1812
Columbus, Ohio 43215-3130     Marion, Ohio 43302


Elliot Black
90 Chestnut Avenue
Cincinnati, Ohio 45215


AMR/cmd
Filed June 2, 2011
To S.C. reporter June 22, 2011